UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
CLAUNCH CONSTRUCTION

                CHAPTER 7

DEBTORS                 CASE NO. 14-50169

**MOTION FOR ORDER AUTHORIZING THE INTERNET AUCTION
OF REAL PROPERTY BY TRUSTEE**

*****     *****     *****

PLEASE TAKE NOTICE that unless objections are filed and served on the Trustee herein within twenty-one (21) days from the date of this notice, an Order granting this Motion may be entered by the Court without further notice from the Trustee or the Court.  Any objection should be addressed to the Bankruptcy Court Clerk, P.O. Box 1111, Lexington, KY 40588-1111 and should be set for hearing.  A copy of the objection shall be served upon the Trustee herein.  Any objections not filed within twenty-one (21) days from the date of this notice will be deemed waived.

Comes the Trustee and moves the Court to enter an Order authorizing her to auction real property of the estate as set out herein.  Trustee proposes to auction the last building lot belonging to this estate located at 103 Hidden Hills Subdivision, Madison County KY ("the lot") by internet auction.

In support of this Motion Trustee states the following:

1)     Trustee has obtained an Order of this Court (doc.# 70, entered on March 13, 2015) to employ Paul Playforth and Partners Realty to auction the lot by internet auction..

2)     Trustee proposes to open the internet auction on Saturday, May 16, 2015 at 6:00 P.M. and conclude the sale on May 26, 2015 at 6:00 P.M.

3)     The internet bid site upon which this lot will be offered for sale is [www.proxibid.com/partnersrealty](www.proxibid.com/partnersrealty).

4)     The lot will be listed on this site for ten days, including two weekends, which is optimal for selling via the internet.

The proceeds from this sale will be held by the Trustee pending further Orders from this Court. This sale shall be free and clear of any liens and encumbrances. Any taxes owing for the years prior to 2014 shall be paid from the proceeds at closing. Taxes owing for 2015 shall be *pro rated* between buyer and the bankruptcy estate. The bankruptcy estate portion for the year 2015 shall be paid at closing. All other closing costs, auction fees and reimbursable expenses shall be paid from the proceeds at closing.

/s/PHAEDRA SPRADLIN, TRUSTEE
6301 Old Richmond Road
Lexington, KY 40515
859-263-3210

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Order Authorizing the auction of Real Property by Trustee was served by first class mailing or by electronic mailing upon the U.S. Trustee's Office, Debtor, Debtor's Attorney, and all creditors and parties in interest on Apr 20, 2015.

/s/PHAEDRA SPRADLIN, TRUSTEE